**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WILLIAM T. HOLIDAY,

    Petitioner,

vs.

                                        CASE NO. 3:08cv190-RV/WCS

WALTER McNEIL,

    Respondent.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 7, 2010. Doc. 43. The Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The Report and Recommendation entered January 7, 2010, doc. 43, is hereby ADOPTED.

2.  The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by William T. Holiday, challenging convictions for sexual battery and burglary of an occupied dwelling in the Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida, case number 04-4875-CF, is DENIED WITH PREJUDICE, and the certificate of appealability pursuant to § 2254 Rule 11(a) is DENIED.

DONE AND ORDERED this 5th day of February, 2010.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE